# IN THE SUPREME COURT OF THE STATE OF NEVADA

CLYDE LEWIS A/K/A LOUIS RANDOLPH,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 74478

FILED

JAN 18 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____ S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion for reconsideration. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for reconsideration, we lack jurisdiction. *Phelps v. State*, 111 Nev. 1021, 1022–23, 900 P.2d 344, 344–45 (1995); *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ , J.
Pickering

_____ , J.                _____ , J.
Gibbons                                      Hardesty

cc:   Hon. Stefany Miley, District Judge
      Clyde Lewis
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18-02542